IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TIMBER TACKER**                                                                                  **PLAINTIFF**

V.                              **CASE NO. 5:19-CV-313-LPR-BD**

**DREW COUNTY JAIL**                                                                      **DEFENDANT**

**RECOMMENDED DISPOSITION**

**I.   Procedures for Filing Objections**

This Recommendation has been sent to Judge Lee P. Rudofsky. Any party may file written objections with the Clerk of Court. To be considered, however, objections must be filed within 14 days. Objections should be specific and should include the factual or legal basis for the objection.

If parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Rudofsky can adopt this Recommendation without independently reviewing the record.

**II.  Discussion**

Plaintiff Timber Tacker filed this lawsuit without the help of a lawyer. (Docket entry #1) The Court requires plaintiffs who are not represented by counsel to keep the Court informed as to their current address. Local Rule 5.5.

On October 17, 2019, Mr. Tacker was given 30 days to notify the Court of his current address, after mail sent to him from the Court was returned as "undeliverable." (#4) The Court specifically cautioned Mr. Tacker that his claims could be dismissed if he failed to update his address within the time allowed. (#4)

### III.   Conclusion

The Court recommends that Mr. Tacker's claims be DISMISSED, without prejudice, based on his failure to notify the Court of his current address, as required by the October 17 Order, and his failure to prosecute this case.

DATED this 18th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE