IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TIMBER TACKER                                                                                          PLAINTIFF

V.                          CASE NO. 5:19-cv-313-LPR-BD

DREW COUNTY JAIL                                                                                  DEFENDANT

## ORDER

The Court has received a Recommended Disposition filed by Magistrate Judge Beth Deere. Mr. Tacker has not filed objections to the Recommendation. After careful review, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

This lawsuit is DISMISSED, without prejudice, based on Mr. Tacker's failure to timely notify the Court of his current address, as required by the Court's October 17, 2019 Order.

IT IS SO ORDERED, this 9th day of December, 2019.


                                                                          _Lee P. Rudofsky_
                                                                          UNITED STATES DISTRICT JUDGE