IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TIMBER TACKER                                                                                    PLAINTIFF

V.                        CASE NO. 5:19-cv-313-LPR-BD

DREW COUNTY JAIL                                                                          DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 9th day of December, 2019.

Lee P. Rudofsky
UNITED STATES DISTRICT JUDGE